UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW GIRMA, A MINOR, BY AND THROUGH PARENTS AND NEXT FRIENDS, MELAKU WOLDESELASSIE AND SEBLE BRIZO, AND MELAKU WOLDESELASSIE AND SEBLE BRIZO, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORP., KIVAUN HELENA PARRAWAY, AND JOHN DOE NO. 1,<br><br>Defendants. | Civil Action No. 1:15-cv-04269-ELR<br><br>FILE UNDER SEAL |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
<u>PROPOSED SETTLEMENT INVOLVING MINOR CHILD</u>**

Comes now, MATTHEW GIRMA, a minor, by and through, his natural parents and next friends, MELAKU WOLDESELASSIE and SEBLE BRIZO ("Plaintiffs"), by and through their undersigned counsel, and respectfully request that the Court approve the settlement reached by the parties to resolve all claims in this action. The grounds of this Motion are as follows:

**I.   INTRODUCTION**

1. Plaintiffs brought this action arising from personal injuries sustained by their minor child, Matthew Girma, which also resulted in Plaintiffs having incurred medical expenses for the treatment of said injuries.

1

2. The alleged facts surrounding the incident and the alleged basis of liability are set forth in the Plaintiffs' Complaint and First Amended Complaint.

3. Starbucks Corporation and Kivaun Helena Parraway ("Defendants") have disputed and denied liability, and continue to dispute and deny liability, to Plaintiffs with respect to their claims and allegations. Furthermore, Defendants do not admit any liability whatsoever on account of the settlement discussed herein and deny such liability. All parties affirmatively aver that this settlement shall never be treated as an admission of liability at any time or in any manner whatsoever.

4. On February 25, 2016, Defendants made a final settlement offer of $22,500.00 and Plaintiffs accepted that offer.

## II.   JURISDICTION AND AUTHORITY TO APPROVE SETTLEMENT

5. This is a removal action asserting claims under State law; accordingly, the Court has subject matter jurisdiction over the Plaintiffs' State law claims.

6. Because claims of a minor are involved, the settlement must be reviewed and approved before it can be consummated. This Court has full authority and jurisdiction to make that review.

Federal procedural law, in particular Fed. R. Civ. Pro. 17(c) is silent as to the "conditions under which a minor's claims may be contractually settled or released." *Burke v. Smith*, 252 F3d 1260, 1266 (11th Cir. 2001)." The relevant Georgia statute

provides that: "If legal action has been initiated and the proposed gross settlement of a minor's claim is more than $15,000, the settlement must be submitted for approval to the Court in which the action is pending." O.C.G.A. § 29-3-3(e).

If the proposed gross settlement of a minor's claim is more than $15,000.00, but the gross settlement reduced by:

> (1) Attorney's fees, expenses of litigation, and medical expenses which shall be paid from the settlement proceeds; and

> (2) The present value of amounts to be received by the minor after reaching the age of majority is $15,000.00 or less, the natural guardian may seek approval of the proposed settlement from the appropriate court without becoming the conservator of the minor. O.C.G.A. §29-3-3(f).

### III.  Payment of Settlement

1. The net cash proceeds of the settlement received by Seble Brizo and Melaku Woldeselassie, as natural guardians of Matthew Girma, shall be held and used for the benefit of Matthew Girma. Pursuant to O.C.G.A. §§29-3-1(b) and 29-3-3(f), Seble Brizo and Melaku Woldeselassie, as natural guardians of Matthew Girma, may seek court approval of the settlement without becoming conservators for the funds as the net total value of the proceeds to be received by the minor is less than $15,000.00.

2. Plaintiff's contract with counsel provides for a 35% contingent fee ($7,875.00) which is reasonable and customary under the circumstances. Plaintiffs' counsel also seek reimbursement for expenses in the amount of $3,132.86. The proposed settlement, which constitutes the final offer of the Defendants, is in the best interests of the minor child. (Exhibit "A" Settlement Agreement for Minor's Claim Over $15,000.00 and Exhibit "B" Proposed Settlement Involving Minor Child).

## IV.   CONSENT MOTION

10. Defendants, through their counsel have authorized Plaintiffs to represent to the Court that they do not object to the granting of the relief prayed for in this motion and that they intend to file a response to this motion confirming this to be the case.

WHEREFORE, Plaintiffs respectfully request that this Court approve the proposed settlement reflecting Defendants' final offer, grant such other and further relief as may be appropriate.

THIS 31ST DAY OF MARCH

Respectfully submitted,

*/s/Keith L. Lindsay*
Keith L. Lindsay
State Bar No. 452995

*Attorney for Plaintiff*

**EDMOND, LINDSAY & HOFFLER, LLP**
344 Woodward Avenue, SE
Atlanta, Georgia 30312
T: (404) 525-1080
F: (404) 525-1073
klindsay@edmondfirm.com

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| MATTHEW GIRMA, A MINOR, BY AND THROUGH PARENTS AND NEXT FRIENDS, MELAKU WOLDESELASSIE AND SEBLE BRIZO, AND MELAKU WOLDESELASSIE AND SEBLE BRIZO, INDIVIDUALLY,<br><br>                              Plaintiffs,<br><br>    v.<br><br>STARBUCKS CORP., KIVAUN HELENA PARRAWAY, AND JOHN DOE NO. 1,<br><br>                             Defendants. | Civil Action No. 1:15-cv-04269-ELR |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed a copy of the foregoing PLAINTIFFS' **UNOPPOSED MOTION FOR APPROVAL OF PROPOSED SETTLEMENT INVOLVING MINOR CHILD** via email notification upon the following counsel of record:

Lucian Gillis, Jr.
lgillis@gilliscreasy.com

THIS 31ST DAY OF MARCH

                                                          /s/Keith L. Lindsay
                                                          Keith L. Lindsay
                                                          State Bar No. 452995
                                                          *Attorney for Plaintiff*

**EDMOND, LINDSAY & HOFFLER, LLP**
344 Woodward Avenue, SE
Atlanta, Georgia 30312
T:  (404) 525-1080
F:  (404) 525-1073
klindsay@edmondfirm.com