# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

MATTHEW GIRMA, A MINOR, BY AND THROUGH PARENTS AND NEXT FRIENDS, MELAKU WOLDESELASSIE AND SEBLE BRIZO, AND MELAKU WOLDESELASSIE AND SEBLE BRIZO, INDIVIDUALLY,

                    Plaintiffs,

             *v.*

STARBUCKS CORP., KIVAUN HELENA PARRAWAY, AND JOHN DOE NO. 1,

                    Defendants.

Civil Action No.
1:15-cv-04269-ELR

FILE UNDER SEAL

## PROPOSED SETTLEMENT INVOLVING MINOR CHILD

Plaintiffs hereby notify the Court that the parties have reached a compromise settlement in this matter; however, as the settlement involves the interests of a minor child, the Court must approve the settlement and its terms as set forth in **Plaintiffs' Unopposed Motion For Approval of Proposed Settlement Involving a Minor Child**.

Respectfully submitted,

*/s/Keith L. Lindsay*
Keith L. Lindsay
State Bar No. 452995

*Attorney for Plaintiff*

1

**EDMOND, LINDSAY & HOFFLER, LLP**
344 Woodward Avenue, SE
Atlanta, Georgia 30312
T:  (404) 525-1080
F:  (404) 525-1073
klindsay@edmondfirm.com

| | |
|---|---|
| MATTHEW GIRMA, A MINOR, BY AND THROUGH PARENTS AND NEXT FRIENDS, MELAKU WOLDESELASSIE AND SEBLE BRIZO, AND MELAKU WOLDESELASSIE AND SEBLE BRIZO, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> *v.* <br><br> STARBUCKS CORP., KIVAUN HELENA PARRAWAY, AND JOHN DOE No. 1, <br><br> Defendants. | Civil Action No. 1:15-cv-04269-ELR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed a copy of the foregoing **NOTICE OF SETTLEMENT PROPOSED SETTLEMENT OF MINOR CHILD** via email notification upon the following counsel of record:

Lucian Gillis, Jr.
lgillis@gilliscreasy.com

THIS 31ST DAY OF MARCH

/s/Keith L. Lindsay
Keith L. Lindsay
State Bar No. 452995
*Attorney for Plaintiff*

**EDMOND, LINDSAY & HOFFLER, LLP**
344 Woodward Avenue, SE
Atlanta, Georgia 30312
T:  (404) 525-1080
F:  (404) 525-1073
klindsay@edmondfirm.com